IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00672-RPM

NUCLEAR CARDIOLOGY SYSTEMS, INC., a Colorado corporation,

      Plaintiff,

v.

MAQSOOD AHMAD, M.D.,

      Defendant.

_____

## ORDER VACATING ORDER FOR SCHEDULING CONFERENCE

_____

On April 25, 2008, an order entered setting a scheduling conference in this

matter for July 16, 2008, at 2:30 p.m.  On June 3, 2008, the defendant filed a motion for

change of venue together with motions for a continuance of the scheduling conference

and to appear by telephone.  Because of the motion for change of venue, it is

ORDERED that the Order Setting Scheduling Conference for July 16, 2008, is

vacated and the other motions filed for the defendant on June 3, 2008, are moot.

Dated: June 4th, 2008

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior District Judge