IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00672-RPM

NUCLEAR CARDIOLOGY SYSTEMS, INC., a Colorado corporation,

    Plaintiff,

v.

MAQSOOD AHMAD, M.D.,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION FOR CHANGE OF VENUE

---

In this civil action filed under jurisdiction provided by 28 U.S.C. § 1332, the defendant filed a motion for change of venue to the United States District Court for the Eastern District of Wisconsin where he lives and works. This is a collection case with the plaintiff claiming amounts due under a lease/purchase contract for medical equipment installed in the defendant's medical facility in a suburb of Milwaukee, Wisconsin. The written agreement includes contract terms and conditions, paragraph 15 of which is a choice of law and forum selection clause for the application of Colorado law and the resolution of disputes in this court. Dr. Ahmad seeks to avoid the forum selection clause by describing this as an adhesion contract which was not negotiated and by his statement in an affidavit that there was no discussion of such "fine print" in the re-signing negotiations and that if he had been advised of it he would not have signed the document. There is nothing to indicate that the defendant was misled and his failure to read the agreement he signed is not a sufficient basis to excuse him from this provision.

The inconvenience to Dr. Ahmad of proceeding with this case in this district is insufficient to warrant a change of venue. The defense of the failure of the equipment to perform as represented will be based on the testimony of Dr. Ahmad and his staff, including a former technician in his employment. There is nothing to indicate that those witnesses will be unavailable to the defendant at trial in this court. The defendant having failed to provide sufficient support to overcome the forum selection clause in the agreement, it is

ORDERED that the defendant's motion for change of venue is denied.

Dated: August 15th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge