IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00672-RPM

NUCLEAR CARDIOLOGY SYSTEMS, INC., a Colorado corporation,

    Plaintiff,

v.

MAQSOOD AHMAD, M.D.,

    Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

This Court having determined that this case is ready to be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **August 24, 2009, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **August 20, 2009.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

    Dated:    July 1st, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge