UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  08-cv-00672-RPM

NUCLEAR CARDIOLOGY SYSTEMS, INC., a Colorado corporation,

        Plaintiff and Counterclaim Defendant,

vs.

MAQSOOD AHMAD, M.D., an individual,

        Defendant and Counterclaim Plaintiff.

___

**ORDER**
___

    Upon consideration of the **JOINT MOTION TO STAY PROCEEDINGS AND TO VACATE THE PRETRIAL CONFERENCE [40]**, it is

    ORDERED that the Motion **GRANTED**.  The Court hereby stays the proceedings in this matter to and including December 31, 2009 and vacates the Pretrial Conference currently set for August 24, 2009.  The parties shall submit their Stipulation of Dismissal on or before December 31, 2009.

    Dated this 21st day of August, 2009.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District  Judge