UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 08-cv-00672-RPM

NUCLEAR CARDIOLOGY SYSTEMS, INC., a Colorado corporation,

    Plaintiff and Counterclaim Defendant,
vs.

MAQSOOD AHMAD, M.D., an individual,

    Defendant and Counterclaim Plaintiff.

---

## ORDER FOR DISMISSAL

---

    Upon consideration of the parties' **STIPULATION OF DISMISSAL WITH PREJUDICE** [43], it is

    ORDERED that this case is dismissed, with prejudice, each party to pay their own costs and attorney fees.

    Dated this 21st day of December, 2009.

                         BY THE COURT:

                         s/Richard P. Matsch
                         _____
                         Richard P. Matsch, Senior District Judge